## PROOF OF SERVICE

**Tucker, et al. v. Block, Inc., et al. – Case No. 3:25-cv-00370-MMC**

I, the undersigned, declare as follows:

On January 27, 2025 I served the foregoing documents described as follows:

- Order Entered on January 24th, 2025 by Honorable Maxine M. Chesney
- Honorable Maxine M. Chesney's Standing Orders

on all interested parties in this action addressed as follows:

**BLOCK INC.**
1455 Market Street, Ste 600
San Francisco, CA 94103

**Cash App Investing, LLC**
400 SW 6th Avenue
11th Floor
Portland, OR 97204

    By Electronic Mail on January 27, 2025, in Chicago, Illinois, I served the above-referenced documents on the above-stated addressees by electronic mail.

✓ By depositing in U.S. Mail on January 27, 2025, at 222 W. Adams Street, Chicago, IL 60606, I served the above-referenced documents on the above-stated addressees with proper postage prepaid.

    By Facsimile on January 27, 2025, in Chicago, Illinois, I served the above-referenced documents on the above-stated addressees.

    I declare under penalty of perjury that the above is true and correct.

Executed on January 28, 2025, in Chicago, Illinois.

    Respectfully Submitted,

    /s/ *Justin M. Caparco*
    Justin M. Caparco
    STEPHAN ZOURAS, LLC
    222 W Adams Street, Suite 2020
    Chicago, IL 60606
    (312) 233-1550
    jcaparco@stephanzouras.com

    **ATTORNEYS FOR PLAINTIFF**