# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **David Tucker and Lucille Moragne, individually and on behalf of all others similarly situated** <br> *Plaintiff* <br> v. <br> **Block, Inc. and Cash App Investing, LLC** <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-00370-PHK |

## AFFIDAVIT OF SERVICE

I, Sara Matsuzaki, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Cash App Investing, LLC in Multnomah County, OR on January 27, 2025 at 12:31 pm at 400 SW 6th Avenue, 11th Floor, Portland, OR 97204 by leaving the following documents with Wendy Ventura who as Employee is authorized by appointment or by law to receive service of process for Cash App Investing, LLC.

Complaint, Civil Cover Sheet, Certification of Conflicts and Interested Entities or Persons
Cover Letter
Summons in a Civil Action

Native Hawaiian or Other Pacific Islander Female, est. age Unknown, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=45.5209091002,-122.6776159173
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Washington County__ , __OR__ on __1/31/2025__ .

/s/ *Sara Matsuzaki*
_____
Sara Matsuzaki
(503) 789-8023



