POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stephen Zouras, LLC<br>222 W Adams Street<br>Suite 2020<br>Chicago IL 60606 | |
| TELEPHONE NO.:          FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): David Tucker and Lucille Moragne, individually and on behalf of all ot | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: CA |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: |
| BRANCH NAME: |

PETITIONER/PLAINTIFF: David Tucker and Lucille Moragne, individually an et al

RESPONDENT/DEFENDANT: Block, Inc. and Cash App Investing, LLC

**PROOF OF UNSUCCESSFUL SERVICE - CIVIL**

CASE NUMBER:
325CV00370PHK

LEVYING OFFICER FILE NUMBER:
25479609

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.
2. I received the following documents on 01/28/2025: `Civil Summons, Civil Cover Sheet, Class Action Complaint`

   [ ] The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. After due search and diligent attempts I have been unable to make personal delivery of said process on:
   Block, Inc.
   1455 Market Street  Suite 600 San Francisco CA 94103
   See attached **declaration of diligence** stating actions taken to attempt personal service if applicable.

4. [ ] The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

   Hearing date:            Remarks: Per front lobby security, Block Inc is no longer at this address.
   Time:

   Fee for service was: $50.00

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify)*:

   Name: Deputy Alex Ma #2455
   Address: 1 Dr. Carlton B. Goodlett PL Rm 456  Civil Section San Francisco, CA 94102
   Telephone number: (415) 554-7235

6. [ ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

7. [X] I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: Monday, February 3, 2025

PAUL MIYAMOTO, Sheriff,
County of San Francisco

▶ *[signature]*

Signature of Sheriff's Authorized Agent

---

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

Requestor Copy

Stephen Zouras, LLC
222 W Adams Street
Suite 2020
Chicago IL 60606

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Stephen Zouras, LLC<br>222 W Adams Street<br>Suite 2020<br>Chicago IL 60606<br><br>TELEPHONE NO.:  FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: David Tucker and Lucille Moragne, individually and on behalf of all o | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: United States District Court for the Northern District of California |
| MAILING ADDRESS: CA |
| CITY AND ZIP CODE: |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: David Tucker and Lucille Moragne, individually and on behalf |
|---|
| DEFENDANT/RESPONDENT: Block, Inc. and Cash App Investing, LLC |

| **DECLARATION** | CASE NUMBER:<br>325CV00370PHK |
|---|---|

At the time of service I was at least 18 years of age and not a party to this action.

Servee: Block, Inc.

Documents: Civil Summons, Civil Cover Sheet, Class Action Complaint

02/03/2025  1:22 pm    Ma #2455 2455          Location: 1455 Market Street  Suite 600 San Francisco CA 94103
Per front lobby security, Block Inc is no longer at this address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Monday, February 3, 2025

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]                              **DECLARATION**                                    Page 1 of 1

Stephen Zouras, LLC
222 W Adams Street
Suite 2020
Chicago IL 60606