IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TUCKER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BLOCK, INC.,<br><br>    Defendant. | Case No. 25-cv-00370-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

    Before the Court is defendant Block, Inc.'s Motion, filed April 21, 2025, "to Dismiss Plaintiffs' Complaint." Plaintiffs David Tucker and Lucille Moragne have filed opposition, to which Block, Inc. has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for June 27, 2025.

    **IT IS SO ORDERED.**

Dated: June 23, 2025

                                               MAXINE M. CHESNEY<br>
                                               United States District Judge