United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID TUCKER, et al.,

                    Plaintiffs,

        v.

BLOCK, INC.,

                    Defendant.

Case No.  25-cv-00370-MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT COURTESY COPY IN COMPLIANCE WITH COURT'S STANDING ORDERS**

On February 20, 2026, defendant electronically filed its "Motion to Dismiss Plaintiffs' First Amended Complaint."  To date, defendant has not submitted a courtesy copy of said document.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing."  See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.  Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See id.

Accordingly, defendant is hereby DIRECTED to submit forthwith the requisite courtesy copy of the above-referenced document.

**IT IS SO ORDERED.**

Dated: March 19, 2026

MAXINE M. CHESNEY
United States District Judge