IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TUCKER, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BLOCK, INC.,<br><br>        Defendant. | Case No. 25-cv-00370-MMC<br><br>**ORDER DENYING PLAINTIFFS'<br>ADMINISTRATIVE MOTION FOR<br>LEAVE TO SERVE LIMITED<br>DISCOVERY** |

Before the Court is plaintiffs' "Administrative Motion for Leave to Serve Limited Discovery," filed March 11, 2026, whereby plaintiffs seek such relief for the purpose of conducting discovery assertedly necessary to respond to defendant's motion to dismiss plaintiffs' First Amended Complaint. Defendant has filed opposition to plaintiffs' Administrative Motion. The Court, having read and considered the parties' respective written submissions, hereby rules as follows.

At the outset, the Court notes that plaintiffs' motion fails to comply with the procedural requirements of the Civil Local Rules of this district, as an administrative motion is not the proper vehicle for requesting discovery. See Civil L.R. 7-11 (providing administrative motions concern "miscellaneous administrative matters, not otherwise governed by a federal statute, Federal Rule, local rule, or standing order of the assigned Judge," such as "motions to exceed otherwise applicable page limitations or motions to file documents under seal"). Requests for discovery are governed by Rule 26 of the Federal Rules of Civil Procedure, see Fed. R. Civ. P. 26(d), and must be made by noticed motion, see Civil L.R. 7-2.

Moreover, plaintiffs have not shown a need for early discovery, as defendants'

motion to dismiss is brought as a facial challenge, and plaintiffs, in opposing said motion, can object to the Court's taking judicial notice of any material plaintiffs contend is not subject to such notice.

Accordingly, plaintiffs' motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 20, 2026

MAXINE M. CHESNEY
United States District Judge